1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

17

| | |
|---|---|
| KAWIKA AUSTIN-NIPP AND SUMMER NIPP by and through their maternal grandfather, Terald A. Austin<br><br>Petitioners,<br><br>v.<br><br>STATE OF WASHINGTON *et al.*,<br><br>Respondents. | Case No.  C05-5132FDB<br><br><br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

18

19

20

The Court having reviewed the Report and Recommendation of the Hon. Karen L. Strombom United States Magistrate Judge, the remaining record, and no objections to the Report and Recommendation having been filed, does hereby find and Order:

21    (1)    The Court adopts the Report and Recommendation;

22    (2)    The petition is **DISMISSED.**  The court lacks jurisdiction to consider this matter. <u>Lehman v. Lycoming County Children's Services Agency</u>, 458 U.S. 502 (1982).

23

24    (3)    The clerk is directed to send copies of this Order to Petitioner, counsel for respondent and to the Hon. Karen L. Strombom.

25    DATED this 4th day of April 2005.

26

27    FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

28

ORDER
Page - 1